UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. CALDWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF COMPTON, et al.,<br><br>　　　　Defendants. | Case No. CV 15-9666 JLS (SS)<br><br>**ORDER ACCEPTING AS MODIFIED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, as modified to reflect that dismissal of this action is with prejudice, and with the following correction: the citation at page 7, lines 15-16 should be San Remo Hotel, 545 U.S. at 336 n.16.

\\

\\

**IT IS ORDERED** that Plaintiff's motion to proceed <u>in forma pauperis</u> is DENIED and that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 7/8/16

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE