# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. CALDWELL,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF COMPTON, et al.,<br><br>        Defendants. | Case No. CV 15-9666 JLS (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting as Modified Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/8/16

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE